UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**LEONARD THOMAS WITHROW**     **CASE NO.  2:22-CV-00633**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**CHEVRON USA INC ET AL**     **MAGISTRATE JUDGE KAY**

## JUDGMENT

Pursuant to the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [Doc. 11] be **GRANTED IN PART** and **DENIED IN PART**.

The Defendant's Motion to Dismiss is hereby **GRANTED** with regards to Claims for civil fruits under Civil Code article 486, Claims for breach of servitude, Claims for failure to provide notice under Civil Code article 2688, and claims for unjust enrichment. These claims will be **DISMISSED WITH PREJUDICE.**

The Defendant's Motion to Dismiss is hereby **DENIED** with regards to the remaining claims.

**THUS DONE AND SIGNED** in Chambers this 22nd day of June, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**